**Kathy GRISMORE, Plaintiff— Appellant,**

v.

**RJM ACQUISITIONS LLC, Defendant—Appellee.**

No. 09–15867.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Kathy Grismore, Tempe, AZ, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

Cynthia Lee Fulton, Fulton Friedman & Gullace LLP, Phoenix, AZ, for Defendant–Appellee.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Kathy Grismore appeals pro se from the district court's summary judgment in her action alleging violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Donohue v. Quick Collect, Inc.*, 592 F.3d 1027, 1030 (9th Cir.2010). We may affirm on any ground supported by the record, *N. Mariana Islands v. United States*, 399 F.3d 1057, 1060 (9th Cir.2005), and we affirm.

Summary judgment was properly granted for defendant because Grismore failed to raise a triable issue as to whether, among other things, defendant (1) made any false statements in connection with its attempts to collect the debt; (2) reported false information to the credit reporting agencies; or (3) continued its collection activity before verifying the debt after Grismore disputed it. *See* 15 U.S.C. §§ 1692e, 1692f, 1692g, 1681s–2(b); *Donohue*, 592 F.3d at 1033–34 (false statements that are immaterial are not actionable under sections 1692e or 1692f).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Grismore's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.